NUMBER
13-11-00295-CV

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG


____________________________________________________________

 

IN THE INTEREST OF
J.N.C., A CHILD

____________________________________________________________

 

                          On
Appeal from the 319th District Court 

                                       of
Nueces County, Texas.

____________________________________________________________

 

                               MEMORANDUM
OPINION

 

                           Before
Justices Benavides, Vela, and Perkes

Memorandum Opinion
Per Curiam

 








Appellant,
Denise de la Torre, filed a restricted appeal from a judgment entered by the 319th
District Court of Nueces County, Texas, in cause number 2010-FAM-4883-G. 
Appellant has filed a motion to withdraw the notice of appeal because she no
longer desires to pursue the appeal.  

The
Court, having considered the documents on file and appellant=s motion to withdraw the appeal, is of the opinion that
the motion should be granted.  See Tex.
R. App. P. 42.1(a).  Appellant=s motion to withdraw the appeal is granted,
and the appeal is hereby DISMISSED.  Costs will be taxed against appellant.  See
Tex. R. App. P. 42.1(d)
("Absent agreement of the parties, the court will tax costs against the
appellant.").  Having dismissed the appeal at appellant=s request, no motion for rehearing will be entertained,
and our mandate will issue forthwith.

 

 

PER
CURIAM

Delivered and filed the

14th day of July, 2011.